

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

Ali Ghafouri

**Plaintiff,**

V.

Kristi Noem, Secretary of the Department of Homeland Security; (see attachment)

**Defendant.**

Civil Action No.  25CV2675-RBM-BLM

**JUDGMENT IN A CIVIL CASE**

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

 The Petition for Writ of Habeas Corpus is granted pursuant to 8 USC 2241.

Date:     11/5/25

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Petersen

J. Petersen, Deputy

# United States District Court

### SOUTHERN DISTRICT OF CALIFORNIA

(ATTACHMENT)

**Civil Action No.** 25CV2675-RBM-BLM

Plaintiff

Ali Ghafouri

v.

Defendant

Kristi Noem, Secretary of the Department of Homeland Security;
Pamela Jo Bondi, Attorney General; Todd M. Lyons,
Acting Director, Immigration and Customs Enforcement;
Jesus Rocha, Acting Field Office Director, San Diego Field Office;
Christopher LaRose, Warden at Otay Mesa Detention Center